1

**SARA M. PELOQUIN**
California State Bar No.  Pending

2

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900

3

San Diego, California  92101-5008
Telephone:  (619) 234-8467

4

Sara_Peloquin@fd.org

5

Attorneys for Mr. Aburto-Laurel

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,            )    Case No. 08mj0309
                                     )
12
                   Plaintiff,        )
                                     )
13
v.                                   )
                                     )    **NOTICE OF APPEARANCE**
14
GUSTAVO ALBERTO ABURTO-LAUREL,)
                                     )
15
                   Defendant.        )
                                     )
16  _____ )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                   Respectfully submitted,

21

22  Dated: February 11, 2008          _/s/   Sara Peloquin_____
                                     **SARA M. PELOQUIN**
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Aburto-Laurel
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 11, 2008

_/s/  Sara Peloquin_____
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Sara_Peloquin@fd.org

08MJ8098-PCL